**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-03032-CV-S-MDH |
| ) | |
| ADAM LAMONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Release Sealed Documents. (Doc. 38.). The Government does not oppose the Motion, which upon review is **GRANTED**. Defense counsel is granted leave to release the sealed documents enumerated in the Motion to counsel at Sidley Austin LLP in Washington D.C. currently representing Defendant in a matter related to his civil commitment pursuant to Section 4246.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: October 7, 2020